UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA                      23-CR-150-LJV-MJR

     -v-                                    REPORT AND RECOMMENDATION

SAVANNAH E. GROSS,
                Defendant.
_____


      By Order of the Honorable Lawrence J. Vilardo dated December 6, 2023 and filed December 11, 2023, the above case was referred to me, with the consent of the defendant, to take the defendant's plea of guilty and to conduct an allocution pursuant to Rule 11 of the Federal Rules of Criminal Procedure for a Report and Recommendation.  The following is my Report and Recommendation to the defendant's plea of guilty.

      On December 11, 2023, the defendant entered a plea of guilty in this case. In accordance with my oral Report and Recommendation at the close of the plea proceeding, it is my Report and Recommendation that the defendant's plea of guilty accords with the requirements of Rule 11 of the Federal Rules of Criminal Procedure and that your Honor adjudge the defendant guilty of the offense to which the guilty plea was offered.

        **SO ORDERED**.

DATED:     December 11, 2023
             Buffalo, New York

                     */s/ Michael J. Roemer*
                     MICHAEL J. ROEMER
                     United States Magistrate Judge