UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

     v.

SAVANNAH E. GROSS,

        Defendant.

23-CR-150-LJV-MJR
DECISION & ORDER

1. On December 11, 2023, the defendant, Savannah E. Gross, pleaded guilty to Count 1 of the Information charging a violation of Title 21, United States Code, Section 846 (conspiracy to possess with intent to distribute and to distribute 400 grams or more of fentanyl).  Docket Item 14.

2. On December 11, 2023, the Honorable Michael J. Roemer, United States Magistrate Judge, filed a Report & Recommendation recommending that the defendant's plea of guilty be accepted and that the defendant be adjudged guilty. Docket Item 16.

3. This Court has not received objections to the Report & Recommendation in accordance with Title 28, United States Code, Section 636(b)(1), and Rule 59(b) of the Federal Rules of Criminal Procedure, and the time to object now has expired.

4. This Court has carefully reviewed *de novo* Judge Roemer's Report & Recommendation (Docket Item 16), the plea agreement (Docket Item 14), the information (Docket Item 13), a transcript of the plea proceeding (Docket Item 17), and the applicable law.  This Court finds no legal or factual error in Judge Roemer's Report & Recommendation and therefore adopts Judge Roemer's recommendation that the

defendant's plea of guilty be accepted and that the defendant be adjudged guilty of Count 1 of the information.

IT IS HEREBY ORDERED that this Court adopts Judge Roemer's December 11, 2023 Report & Recommendation, Docket Item 16, in its entirety, including the authorities cited and the reasons given therein, and it is further

ORDERED that the Court accepts the defendant's plea of guilty and defers acceptance of the plea agreement pursuant to Sentencing Guidelines Section 6B1.1(c), and the defendant, Savannah E. Gross is now adjudged guilty under Title 21, United States Code, Section 846.


SO ORDERED.

Dated:      January ___, 2024
            Buffalo, New York


_____
LAWRENCE J. VILARDO
UNITED STATES DISTRICT JUDGE